Robert L. Richmond - ABA 7011069
Kenneth M. Gutsch - ABA 8811186
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK  99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
E-mail: kgutsch@richmondquinn.com
E-mail: brichmond@richmondquinn.com
Attorneys for Defendant
Dorel Asia SRL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAUN M. DUNKIN, SHARLEE DUNKIN, and SHAUN M. DUNKIN as the Natural Parent and Guardian of JRD, a Minor Child,<br><br>Plaintiffs,<br><br>v.<br><br>DOREL INDUSTRIES, INC, DOREL USA, INC., DOREL JUVENILE GROUP, INC., DOREL ASIA, INC., DOREL ASIA SRL, and WAL-MART STORES, INC.<br><br>Defendants. | Case No. 5:10-cv-00004-JWS |

**DEFENDANT DOREL ASIA SRL'S NOTICE OF REMOVAL**

COMES NOW, Defendant Dorel Asia SRL, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, and hereby removes this action to the United States District Court for the District of Alaska. In support of this Notice, Dorel Asia SRL states as follows:

1. On October 29, 2010, plaintiffs served Dorel Asia SRL with their amended complaint, seeking damages for strict liability, breach of warranty, negligence, emotional distress, and loss of consortium. See Ex. A. Plaintiffs' claims arise from injuries resulting from the alleged malfunction of a certain toddler bed allegedly manufactured and sold by Defendants. Id.

## Jurisdiction

2. This Court possesses subject matter jurisdiction over this action because the matter presents a dispute between citizens of different states, and the amount in controversy is greater than $75,000.00. See 28 U.S.C. § 1332(a).

3. There is complete diversity of citizenship between the relevant parties.

    (a) Plaintiffs are all citizens of Alaska. See Ex. A.

    (b) Defendant Dorel Asia SRL is a Barbados corporation with its principal place of business in Bridgetown, Barbados.

    (c) Defendant Dorel Industries Inc. is a Quebec corporation with its principal place of business in Montreal, Canada.

Notice of Removal to USDC
Dunkin, et al. v. Dorel, et al., Sup. Ct. Case No. 1KE-10-373-CI
Page 2
Case 5:10-cv-00004-JWS   Document 1   Filed 11/16/10   Page 2 of 5

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

(d) Defendant Dorel U.S.A., Inc. is a Delaware corporation with its principal place of business in Indiana.

(e) Defendant Dorel Juvenile Group, Inc. is a Massachusetts corporation with its principal place of business in Indiana.

(f) Defendant Dorel Asia Inc. is a Delaware corporation with its principal place of business in Missouri.

(g) Defendant Wal-Mart, Inc. is a Delaware corporation with its principal place of business in Arkansas.

4. Because the plaintiffs are citizens of a different state than all of the defendants, the parties meet the geographical requirements for diversity jurisdiction in this Court. See 28 U.S.C. § 1332(a).

5. The amount in controversy exceeds $75,000.00. Each and every plaintiff demands "in excess of $100,000" in their complaint, jointly against all defendants. See Ex. A.

### Timeliness of Removal

6. Dorel Asia SRL files this Notice within 30 days of service of the amended complaint. See Ex. A & ¶ 1 above. Accordingly, this Notice of Removal is timely brought before this Court. See 28 U.S.C. § 1446(b).

Notice of Removal to USDC
Dunkin, et al. v. Dorel, et al., Sup. Ct. Case No. 1KE-10-373-CI
Page 3
Case 5:10-cv-00004-JWS   Document 1   Filed 11/16/10   Page 3 of 5

## Venue and Other Matters

7. Because this action was originally filed in the Superior Court for the State of Alaska, First Judicial District at Ketchikan, the action is properly removable to the United States District Court for the District of Alaska. 28 U.S.C. § 1441(a); 28 U.S.C. § 81A.

8. Dorel Asia SRL has obtained the remaining defendants' consent to this Notice of Removal, as indicated in Exhibit B.

9. A copy of this Notice of Removal will be given to all adverse parties, and filed with the Clerk of the Superior Court for the State of Alaska, First Judicial District at Ketchikan, in accordance with 28 U.S.C. §1446(d), ordering the clerk to stay all proceedings.

10. True and correct copies of all pleadings which demonstrate that this matter is removable are attached hereto Exhibits A and B. See 28 U.S.C. § 1446(b).

**WHEREFORE**, Defendant Dorel Asia SRL requests that this Court assume full jurisdiction over the cause herein as provided by law. Dorel Asia SRL further demands that the trial of this matter in federal court be heard by a jury.

Notice of Removal to USDC
Dunkin, et al. v. Dorel, et al., Sup. Ct. Case No. 1KE-10-373-CI
Page 4
Case 5:10-cv-00004-JWS   Document 1   Filed 11/16/10   Page 4 of 5

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DATED this 16th day of November, 2010, at Anchorage, Alaska.

RICHMOND & QUINN

By: /s/ Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
E-mail: kgutsch@richmondquinn.com
Attorneys for Defendant
Dorel Asia SRL

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically this 16th day of November, 2010 on:

Blake M. Chupka
info@keenecurrall.com

/s/ Kenneth M. Gutsch
RICHMOND & QUINN

Notice of Removal to USDC
Dunkin, et al. v. Dorel, et al., Sup. Ct. Case No. 1KE-10-373-CI
Page 5
Case 5:10-cv-00004-JWS   Document 1   Filed 11/16/10   Page 5 of 5