IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SHAUN M. DUNKIN, SHARLEE DUNKIN,   )
and SHAUN M. DUNKIN as the Natural   )
Parent and Guardian for JRD, a minor child,   )   Case No. 5:10-cv-00004-JWS
   )
            Plaintiffs,   )
   )
      v.   )
   )
DOREL INDUSTRIES, INC., DOREL USA,   )
INC., DOREL JUVENILE GROUP, INC.,   )
DOREL ASIA SRL, DOREL ASIA, INC.,   )
DOREL INDUSTRIES, INC. and WAL-   )
MART STORES, INC.,   )
   )
            Defendants.   )
_____)

## STIPULATION REGARDING DISCOVERY AND DISMISSAL OF CERTAIN DEFENDANTS AND ORDER

### I.   STIPULATION

1.      The parties enter into this stipulation in accordance with Fed. R. Civ. P.

16(b)(4), which provides that a scheduling order may be modified for good cause and with the

District Court Judge's consent. The current cut-off for discovery is December 20, 2011. There

are currently several depositions scheduled to occur between the present time and the discovery

cut-off. In the interest of efficiency and potential cost savings, the parties have agreed to

mediate the case in mid-January 2011. The deposition of plaintiffs' expert William Kitzes will

occur before mediation, on January 5, 2010. The depositions of the following witnesses will

occur after mediation, if mediation is unsuccessful: Dorothy Drago (defendants' product-safety

expert); Jillian Malouf (defendants' functional-capacities expert); Richard Gill (defendants'

STIPULATION AND ORDER REGARDING DISCOVERY AND
DISMISSAL OF CERTAIN DEFENDANTS
*Dunkin v. Dorel Industries, Inc., et al* - Case No. 5:10-cv-00004-
JWS
Page 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

human-factors expert); Stanley Kopp (defendants' orthopedic-surgeon); Liz Dowler (defendants' rehabilitation specialist); and Fed. R. Civ. P. 30(b)(6) witness(es) of Dorel Asia SRL. The parties agree that the discovery cut off should be extended for purposes of these depositions.

2. Defendants affirmatively represent that the following defendants did not participate in the design, marketing, manufacture, distribution, or sale of the toddler bed in issue: Dorel Industries, Inc.; Dorel Asia, Inc.; Dorel USA, Inc.; and Dorel Juvenile Group, Inc. Relying on these representations, plaintiffs agree with defendants to voluntarily dismiss those defendants from this case without costs or fees awarded to either side. Dorel Asia SRL remains a defendant in this case.

3. Plaintiffs withdraw their motion to quash a

## II. ORDER

1. The Court has reviewed the stipulation of the parties and finds good cause for modification of the scheduling order as follows: The parties have agreed to mediate the case in mid-January 2012. The deposition of plaintiffs' expert William Kitzes will occur before mediation, on January 5, 2012. The depositions of the following witnesses will occur after mediation, if mediation is unsuccessful: Dorothy Drago (defendants' product-safety expert); Jillian Malouf (defendants' functional-capacities expert); Richard Gill (defendants' human-factors expert); Stanley Kopp (defendants' orthopedic-surgeon); Liz Dowler (defendants' rehabilitation specialist); and Fed. R. Civ. P. 30(b)(6) witness(es) of Dorel Asia SRL. The discovery cut off is extended for purposes of these depositions.

2. Based on the parties' stipulation, the following defendants are dismissed from this case without costs or fees awarded to any party: Dorel Industries, Inc.; Dorel Asia, Inc.;

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 5:10-cv-00004-JWS   Document 33   Filed 12/14/11   Page 2 of 3

1    Dorel USA, Inc.; and Dorel Juvenile Group, Inc. Dorel Asia SRL remains a defendant in this

2    case.

3        3.       Plaintiffs have withdrawn their motion to quash and for a protective order.

4    Plaintiffs have also withdrawn their motion to shorten time. Finally, plaintiffs have withdrawn

5    their notices of 30(b)(6) depositions to the extent directed to the dismissed defendants.

6        Dated this 14th day of December, 2011.

7

8

9                                        /s/John W. Sedwick
                                         THE HONORABLE JOHN W. SEDWICK
10                                       UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER REGARDING DISCOVERY AND
DISMISSAL OF CERTAIN DEFENDANTS
*Dunkin v. Dorel Industries, Inc., et al* - Case No. 5:10-cv-00004-
JWS
Page 3

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384