Robert L. Richmond – ABA 7011069
Kenneth M. Gutsch - ABA 8811186
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
Email: kgutsch@richmondquinn.com
Email: brichmond@richmondquinn.com
Attorneys for Defendants,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAUN M. DUNKIN, SHARLEE DUNKIN, and SHAUN M. DUNKIN as the Natural Parent and Guardian of JRD, a Minor Child,<br><br>    Plaintiffs,<br><br>v.<br><br>DOREL ASIA SRL and WAL-MART STORES, INC.<br><br>    Defendants. | Case No. 5:10-cv-00004-JWS |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW plaintiffs and defendants, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate to the dismissal of the above-captioned case with prejudice, with each side to bear its own costs and attorney fees.

                                            KEENE & CURRALL, PC
                                            Attorneys for Plaintiffs

DATED: 9/13/12     By: _____
                                         Clay H. Keene, ABA #7610110

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Case 5:10-cv-00004-JWS   Document 80   Filed 09/13/12   Page 1 of 2

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

RICHMOND & QUINN
Attorneys for Defendants
Dorel USA, Inc. &
Wal-Mart Stores, Inc.

DATED: 8-30-12   By: *[signature]*
Kenneth M. Gutsch, ABA #8811186

Stipulation for Dismissal with Prejudice
Dunkin, et al. v. Dorel, et al., Case No. 5:10-cv-00004-JWS
Page 2